UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARA SILVIA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | DOCKET NO.: 1:23-CV-12672 |
| KOHL'S, INC. and ) | |
| BURLINGTON CENTERS, LLC ) | |
|     Defendants ) | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW COMES the Plaintiff, Mara Silvia, and moves to amend her Complaint in accordance with Fed. R. Civ. P. 15(a), in the manner and form attached hereto as **Exhibit "A",** to add an additional Defendant, Divisions, Inc. d/b/a Divisions Maintenance Group, Inc., as a party defendant.  This motion is based upon the following:

1. At the time of filing her Complaint, Plaintiff reasonably believed Kohl's, Inc., was responsible for the subject parking lot.  This belief was based, in part, on correspondence received from the insurance company for Kohl's, Inc., acknowledging the claim and requesting a demand letter, a copy of which is attached hereto as **Exhibit "B"**.

2. Plaintiff, by her attorney, recently discovered information regarding Kohl's retaining Divisions, Inc. d/b/a Divisions Maintenance Group, Inc., to maintain the parking lot which is the subject of Plaintiff's personal injury. **See Exhibit C**, Kohl's Response to Requests for Admissions.

3. The Plaintiff initiated a claim for worker's compensation benefits which may

resolve the issues between the Plaintiff and Kohl's Inc.

4. Upon removal of Kohl's Inc. and the appearance of Burlington Centers, LLC, and , Divisions, Inc. d/b/a Divisions Maintenance Group, Inc., this matter may be remanded back to State Court.

5. Once the worker's compensation claim is accepted, Kohl's could be dismissed from the case.

6. A Conciliation on the worker's compensation claim was conducted before the Department of Industrial Accidents on June 20, 2024.

7. As a result of the above, Plaintiff's right to full compensation will depend upon adding Divisions, Inc. d/b/a Divisions Maintenance Group, Inc., as a Defendant.

8. Plaintiff further states that the amendment of her Complaint is made with cause and is necessary to make her pleading conform to evidence and proof that Plaintiff expects to produce at trial.

9. No prejudice is expected to be experienced by any party, as a result of this amendment.

10. , Divisions, Inc. d/b/a Divisions Maintenance Group, Inc. was provided notice of this motion via certified mail on June 21, 2024.

WHEREFORE, the Plaintiff, Mara Silva, hereby moves this Honorable Court in accordance with Fed. R. Civ. P. 15(a) to Amend her Complaint to add the Defendant, Divisions, Inc. d/b/a Divisions Maintenance Group, Inc.

The Plaintiff, MARA SILVIA
By her Attorneys,

/s/ *Sean C. Joanis*

_____

Sean C. Joanis, Esq., BBO #: 653582
Jason Stone Injury Lawyers
225 Friend Street, Suite 301
Boston, MA 02114
SCJ@stoneinjury.com
617-523-4357

Dated:  June 21, 2024


CERTIFICATION IN ACCORDANCE WITH RULE  7.1 (A)


I, Sean C. Joanis, counsel for the Plaintiff, Mara Silvia, do hereby certify that counsel conducted a Rule 7.1(a) conference on June 28, 2024, at 3 p.m. and was able to discuss the issues presented by this motion and the timely progression of this case.

/s/Sean C. Joanis_____

Sean C. Joanis, Esq.

REQUEST FOR ORAL ARGUMENT


The Plaintiff hereby requests to be heard on this motion as oral argument will assist the Court with the current issues and future progression of the case.

/s/Sean C. Joanis_____

Sean C. Joanis, Esq.

CERTIFICATE OF SERVICE

     I, the below-signed, hereby certify that on this 21st day of June, 2024, I served a true copy of the above document upon counsel of record via electronic mail and the registered agent via regular mail, as follows:

Thomas DiGangi, Esq., BBO #648515
Coughlin Betke, LLP
175 Federal Street
Boston, MA 02110

**tdigangi@coughlinbetke.com**

**Certified Mail:**
**Registered Agent:**

David Katz
Burlington Centers, LLC
RK Centers
50 Cabot Street
Suite 200
Needham, MA 02494

**Certified Mail:**
**Registered Agent:**
Division, Inc. dba Division Maintenance Group
Corporation Service Company
421 WEST MAIN STREET
FRANKFORT, KY 40601
Gary Mitchell, President
Division, Inc. dba Division
Maintenance Group
50 W. 5TH ST.
CINCINATTI, OH 45202

/s/ *Sean C. Joanis*
_____
Sean C. Joanis