Sedgwick Claims Management Services
P O Box 14459
Lexington, KY 40512-4459



**Sedgwick CMS**
Sedgwick Claims Management Services, Inc.
Phone: (501)716-6438    Fax: (248)649-1641

May 24, 2022

Jason Stone Injury Lawyers
Attn: Sean Joanis
225 Friend St, Ste 102
Boston, MA 02114

RE:  Account:        Kohl's Department Stores, Inc.
     Claimant:       Mara Silvia
     Date of Loss:   11/22/2020
     Claim Number:   K-20-047777-001

Dear Mr. Joanis,

This letter will serve as a follow up to our phone messages regarding the above referenced loss.

We are almost 18 months post-accident, and your office has not provided a demand or any medical records. As you are aware, we must have the opportunity to investigate the medical treatment and costs incurred. Your delay in providing our office with any information will only delay settlement of this claim.

If we do not hear from you within two (2) weeks of the date of this letter, we will assume no claim is to be made, and we will close out the file accordingly.

Should you have any questions, please feel free to contact me.

Sincerely,
Sedgwick manages claims on behalf of Kohl's Department Stores, Inc.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Samantha Kaisand
Claims Examiner
Direct Dial:    (501)716-6438
Email:          Samantha.kaisand@sedgwick.com
Facsimile:      (248)649-1641



 5/24/2022    K-20-047777-001    562022052408819





5/24/2022   K-20-047777-001   562022052408819

