# COUGHLIN BETKE LLP

175 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-988-8050
FACSIMILE: 617-988-8005

*Please send all correspondence to our Boston office for scanning.*

Patrick Blais
Litigation Paralegal

Number: (617) 988-8050 ext. 8057
Email: pblais@coughlinbetke.com

June 3, 2024

*Via First Class Mail*

Sean Joanis, Esq.
Jason Stone Injury Lawyers
225 Friend Street, Suite 102
Boston, MA 02114

Re:   Mara Silvia v. Kohl's Inc.
      *Middlesex Superior Court, C.A. No.: 2381CV02772*
      *USDC MA, C.A. No. 1:23-cv-12672*

Dear Counsel:

With respect to the above-referenced matter, enclosed please find the following:

1. *Defendant Kohl's Inc.'s Responses to Plaintiff's Request for Admission.*

Thank you for your attention to this matter, and please do not hesitate to contact me or Attorney Thomas DiGangi should you have any questions.

Sincerely,

*Patrick Blais*

Enclosures

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARA SILVIA,<br>Plaintiff,<br><br>v.<br><br>KOHL'S, INC.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)   DOCKET NO.: 1:23-CV-12672<br>)<br>)<br>) |

# DEFENDANT KOHL'S INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Now comes the defendant Kohl's Inc. ("Kohl's") and pursuant to Fed. R. Civ. P. 26 and 36 and responds to plaintiff's First Request for Admissions.

**Request No. 1**

On November 22, 2020, the Defendant, Kohl's Inc., was responsible for the maintenance of the parking lot at 150 Lexington Street in Burlington, Massachusetts.

**Response No. 1**

Objection. Kohl's objects to this Request on the grounds that it is vague, undefined and calls for legal conclusions. Notwithstanding and without waiving said objections, Kohl's states: it had contracted with a third party vendor, Divisions Maintenance Group, Inc. to perform maintenance.

**Request No. 2**

On November 22, 2020, the Defendant, Kohl's Inc., was responsible for ensuring a safe walking surface in the parking lot at 150 Lexington Street in Burlington, Massachusetts.

**Response No. 2**

Objection. Kohl's objects to this Request on the grounds that it is overly broad in scope and calls for legal conclusions.

1

**Request No. 3**

On November 22, 2020, the Defendant, Kohl's Inc., was responsible for ensuring there were no potholes in the walking surface of the parking lot at 150 Lexington Street in Burlington, Massachusetts.

**Response No. 3**

Denied.

**Request No. 4**

Attached hereto as Exhibit A, is a true and accurate photograph of the parking lot in front of the Kohl's located at 150 Lexington Street in Burlington, Massachusetts as it was on November 22, 2020.

**Response No. 4**

After reasonable inquiry, Kohl's lacks sufficient knowledge and information to either admit or deny.

**Request No. 5**

On November 22, 2020, the Defendant, Kohl's Inc., was responsible for ensuring there were no potholes in the walking surface of the parking lot as indicated with a blue X on Exhibit A, at 150 Lexington Street in Burlington, Massachusetts.

**Response No. 5**

Denied.

**Request No. 6**

On November 22, 2020, the Defendant, Kohl's Inc., required its employees park in the area shown in Exhibit A.

**Response No. 6**

2

Denied.

6-3-24

Defendant,
Kohl's Inc.,
By Its Attorneys

Thomas DiGangi, Esq., BBO #648515
Coughlin Betke, LLP
175 Federal Street
Boston, MA 02110
617-988-8018
cbetke@coughlinbetke.com
tdigangi@coughlinbetke.com

## CERTIFICATE OF SERVICE

I, Thomas DiGangi, do hereby certify that on this _3rd_ day of June, 2024, I served a copy of the within document by first class mail, postage prepaid, to: Sean Joanis, Esq., Jason Stone Injury Lawyers, 225 Friend Street, Suite 102, , Boston, MA 02114; SCJ@StoneInjury.com

3