UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARA SILVIA,<br>           Plaintiff,<br><br>v.<br><br>BURLINGTON CENTERS, LLC, and<br>DIVISIONS, INC.,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:23-cv-12672-JEK<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF MR. GREGORY MICHON**

NOW COMES the Plaintiff, Mara Silvia, and hereby moves this Honorable Court, in accordance with Federal Rule of Civil Procedure 37(a)(3)(b)(1), to compel the Defendant, Divisions, Inc., to produce for deposition Mr. Gregory Michon within 30 days. In support of this Motion, the Plaintiff offers the following:

1. The Plaintiff, Mara Silvia, tripped and fell due to a pothole in the parking lot at 150 Lexington Street, Burlington, Massachusetts, on November 22, 2020, causing injury to her left ankle.

2. On and before November 22, 2020, Divisions, Inc., was contractually obligated to conduct inspections of the parking area and recommend repairs. See Exhibit A, Divisions, Inc. Answers to Interrogatories at pgs. 3, and 5-6.

3. Mr. Gregory Michon, District Manager of Divisions, Inc., conducted inspections of the parking lot on April 9, 2020, June 9, 2020, August 9, 2020, and October 9, 2020. Id. at pg. 2.

4. Division, Inc., stated that Mr. Michon can be contacted via their counsel. Id. at pg. 3.

5. Plaintiff's counsel has noticed the deposition of Mr. Michon on several occasions, however, he has failed to appear. See Exhibit B.

6. Counsel for Divisions, Inc., stated Divisions, Inc., may now choose not to represent their former employee, Mr. Michon. See Exhibit B.

7. Divisions, Inc.'s, change it its position as discovery is closing on July 29, 2025, per the Scheduling Order, leaves the Plaintiff in an untenable position of attempting to subpoena Mr. Michon before the discovery deadline expires.

WHEREFORE, the Plaintiff, Mara Silvia, hereby moves this Honorable Court, in accordance with Federal Rule of Civil Procedure 37(a)(3)(b)(1), to compel the Defendant, Divisions, Inc., to produce for deposition Mr. Gregory Michon within 30 days.

The Plaintiff, MARA SILVIA
By her Attorneys,

/s/ Sean C. Joanis
_____
Sean C. Joanis, Esq., BBO #: 653582
Jason Stone Injury Lawyers
225 Friend Street, Suite 301
Boston, MA 02114
SCJ@stoneinjury.com
617-523-4357 ext. 135

Dated: July 21, 2025

## LOCAL RULE 7.1 CERTIFICATION

This is to hereby certify that all counsel discussed the issues contained in this motion via audio visual link on July 17, 2025.

/s/ Sean Joanis
Sean C. Joanis

## CERTIFICATE OF SERVICE

I, Sean C. Joanis, hereby certify that on July 21, 2025, I served a copy of this document via electronic mail upon:

Counsel for Defendant, Burlington Centers, LLC
Thomas DiGangi, BBO #648415
Coughlin Betke, LLP
175 Federal Street
Boston, MA 02110
617-988-8018
**tdigangi@coughlinebetke.com**

Counsel for Defendant, Divisions, Inc.
Nora A. Adukonis, BBO #676932
Stephen J. LaMonica, BBO#696276
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
781-309-1500
**adukonis@litchfieldcavo.com**
**lamonica@litchfieldcavo.com**

*/s/ Sean Joanis*
Sean C. Joanis