**From: LaMonica, Stephen <lamonica@litchfieldcavo.com>**

**Sent: Wednesday, July 16, 2025 3:31 PM**

**To: Sean Joanis <scj@stoneinjury.com>**

**Cc: Thomas DiGangi <tdigangi@coughlinbetke.com>; Kimberly Helms <kim@stoneinjury.com>; Adukonis, Nora <adukonis@litchfieldcavo.com>; McKenna, Maryann <mckenna@litchfieldcavo.com>; zkb@stoneinjury.com**

**Subject: RE: Mara Silvia v. Kohl's, Inc. et al**

**Thank you Sean and Tom for your assent, we will get the motion filed today.**

**Sean, Mr. Michon does not work for Divisions but we have been asked to represent him for the deposition. We have not heard back from him and are going to be circling back with our client regarding whether or not it still wants us to represent him. As for dates, July 29th is literally the only date I have between now and then, which is the discovery deadline, for a deposition. I'll continue to work on getting in touch with Mr. Michon and let you know it our client no longer wants us to represent him.**

**Thanks,**

**Steve**

**Stephen J. LaMonica**
**Attorney**
**Licensed in Massachusetts and New Hampshire**
**D 781.309.1503**
**|**
**O 781.309.1500**

|
**F 781.246.0167**
**LaMonica@LitchfieldCavo.com**

**6 Kimball Lane**
**| Suite 200**
**| Lynnfield, MA 01940**
**LitchfieldCavo.com**
|
**Office Locations**
|
**Biography**


**Until further notice, we ask that all correspondence, pleadings, discovery or other documents be**
**sent in digital form, via email, instead**
**of (or in addition to) US Mail. Please understand that Litchfield Cavo has transitioned many of our workforce to**
**hybrid work arrangements and any documents**
**sent to our physical offices may require additional response time.**



**From: Sean Joanis <scj@stoneinjury.com>**


**Sent: Wednesday, July 16, 2025 12:48 PM**


**To: LaMonica, Stephen <lamonica@litchfieldcavo.com>**

**Cc: Thomas DiGangi <tdigangi@coughlinbetke.com>; Kimberly Helms <kim@stoneinjury.com>; Adukonis, Nora <adukonis@litchfieldcavo.com>; McKenna, Maryann <mckenna@litchfieldcavo.com>; zkb@stoneinjury.com**

**Subject: Re: Mara Silvia v. Kohl's, Inc. et al**

Caution: External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with
questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Hi Stephen,

You can sign the motion on my behalf as well!! As for Mr. Michon's deposition, we need to complete it by the expiration of fact discovery as set forth in the scheduling order, July 29, 2025.  Is this possible or should I file a motion to
compel?  I am available at your convenience for a rule 7.1(a)(2) conference.

Thanks, Sean

Sean C. Joanis, Esq. | Attorney

225 Friend Street  Suite 301 | Boston, MA 02114
SCJ@StoneInjury.com | 617-523-HELP x 135
Direct Dial: 617 829-2207
Help a Friend – Refer them to Us!

On Wed, Jul 16, 2025 at 9:27 AM LaMonica, Stephen <lamonica@litchfieldcavo.com> wrote:

Hi All,

We have not been able to get in touch with Mr. Michon so we will need a new date for his deposition
while we continue our efforts to do so.

In addition, I had previously mentioned I am away the week of August 4th, including the
day of the status conference. I've attached a proposed assented to motion to continue that conference to two proposed dates in August. If there is an objection to continuing it, I'll change the motion or if the dates do not work, they will be removed. Please let me know your position.

Thanks,

Steve


Stephen
J. LaMonica
Attorney
Licensed in Massachusetts and New Hampshire
D 781.309.1503
|
O 781.309.1500
|
F 781.246.0167
LaMonica@LitchfieldCavo.com

6 Kimball Lane
| Suite 200
| Lynnfield, MA 01940
LitchfieldCavo.com
|
Office Locations
|

**Biography**

**Until further notice, we ask that all correspondence, pleadings, discovery or other documents be**
**sent in digital form, via email, instead**
**of (or in addition to) US Mail. Please understand that Litchfield Cavo has transitioned many of our workforce to**
**hybrid work arrangements and any documents**
**sent to our physical offices may require additional response time.**

**From: LaMonica, Stephen**

**Sent: Tuesday, July 15, 2025 9:33 AM**

**To: Thomas DiGangi <tdigangi@coughlinbetke.com>; Kimberly Helms <kim@stoneinjury.com>**

**Cc: Adukonis, Nora <adukonis@litchfieldcavo.com>; McKenna, Maryann <mckenna@litchfieldcavo.com>;**
**scj@stoneinjury.com;**
**zkb@stoneinjury.com**

**Subject: RE: Mara Silvia v. Kohl's, Inc. et al**

**Hi All,**

**We are having difficulty getting in touch with Mr. Michon. We should have an answer by the end of the**
**day.**

**Thanks,**

**Steve**

**Stephen**
**J. LaMonica**
**Attorney**
**Licensed in Massachusetts and New Hampshire**

**D 781.309.1503**
**|**
**O 781.309.1500**
**|**
**F 781.246.0167**
**LaMonica@LitchfieldCavo.com**

**6 Kimball Lane**
**| Suite 200**
**| Lynnfield, MA 01940**
**LitchfieldCavo.com**
**|**
**Office Locations**
**|**

**Biography**


**Until further notice, we ask that all correspondence, pleadings, discovery or other documents be**
**sent in digital form, via email, instead**
**of (or in addition to) US Mail. Please understand that Litchfield Cavo has transitioned many of our workforce to**
**hybrid work arrangements and any documents**
**sent to our physical offices may require additional response time.**

**From: Thomas DiGangi <tdigangi@coughlinbetke.com>**

**Sent: Tuesday, July 15, 2025 9:29 AM**

**To: Kimberly Helms <kim@stoneinjury.com>; LaMonica, Stephen <lamonica@litchfieldcavo.com>**

**Cc: Adukonis, Nora <adukonis@litchfieldcavo.com>; McKenna, Maryann <mckenna@litchfieldcavo.com>;**
**scj@stoneinjury.com;**
**zkb@stoneinjury.com**

**Subject: RE: Mara Silvia v. Kohl's, Inc. et al**

**Caution: External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.**

**Yes,**
**I will be producing a Rule 30b6 for Burlington Centers at 10:00 via Zoom**

**Thanks,**
**Tom**

**Thomas V. DiGangi**

**Direct Line (617)988-8018**

**tdigangi@coughlinbetke.com**

**COUGHLIN○BETKE LLP**

**Massachusetts |**
**Connecticut | New Hampshire |**
**New York | Rhode Island**

**Main Office**

**175 Federal Street | Boston, MA 02110**

**T. (617) 988-8050 | F. (617) 988-8005**

**Confidential Transmission**

**The information contained in this electronic mail is intended for the named recipients only.  It may contain privileged and confidential material.  Any other distribution, copying**
**or disclosure is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone and delete the original transmission without making a copy.**

**From: Kimberly Helms <kim@stoneinjury.com>**


**Sent: Tuesday, July 15, 2025 8:33 AM**

**To: Thomas DiGangi <tdigangi@coughlinbetke.com>; lamonica@litchfieldcavo.com**

**Cc: adukonis@litchfieldcavo.com; mckenna@litchfieldcavo.com; scj@stoneinjury.com; zkb@stoneinjury.com**

**Subject: Re: Mara Silvia v. Kohl's, Inc. et al**


**Attorneys DiGangi and LaMonica,**


**Good morning, I hope that this email finds you doing well. I am reaching out to confirm your attendance at the depositions for Burlington Centers LLC and Gregory Michon scheduled for July 17, 2025 at 10AM and 2PM? Below please find the deposition links for**
**anyone who needs them:**

**Burlington Centers LLC July 17, 2025 at 10AM: https://app.remotelegal.com/deposition/join/336449e2-bf31-4f85-bf98-b84bac3c6c1c**

**Gregory Michon July 17, 2025 at 2PM: https://app.remotelegal.com/deposition/join/be8d51ff-b2e4-40f8-a5bd-f23d15cbb82b**

**In addition, we have three interns (Rachel Konigsberg, Lexi Blanco, and Zoe Gray) who have requested permission to sit on on these depositions as observers to learn. I am also reaching out get your permission for them to attend the depositions?**

**Thank you and I look forward to hearing from you soon!**

**Yours truly,**

**Kim Helms | Litigation Case Manager**

**225 Friend Street? Suite 301 | Boston, MA 02114**

**Kim@StoneInjury.com | 617-523-HELP x 110**

**Help a Friend - Refer them to Us!**

**--------------- Original Message ---------------**

**From: Kimberly Helms <kim@stoneinjury.com>**

**Date: June 3, 2025 at 3:37 PM**

**Attorneys DiGangi and LaMonica,**

**Attached please find:**

**1. Plaintiff's AV Deposition Re-Notice to Burlington Centers LLC scheduled for July 17, 2025 at 10AM;**

**2. Plaintiff's AV Deposition Re-Notice to Gregory Michon scheduled for July 17, 2025, at 2PM; and**

**3. Certificates of service.**

Please note that you will receive a separate email from the stenography provider, Remote Legal, with the deposition links.

Thank you for your assistance in getting these depositions back on the schedule. Attorney Joanis looks forward to seeing you both tomorrow virtually at the 2:30PM status conference.

Please reach out if you have any questions or concerns.

Yours truly,

Kim Helms | Litigation Case Manager

225 Friend Street  Suite 301 | Boston, MA 02114
Kim@StoneInjury.com | 617-523-HELP
x 110
Help a Friend – Refer them to Us!

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| MARA SILVIA, | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No.: 1:23-cv-12672 |
| | ) | |
| v. | ) | |
| | ) | |
| KOHL'S, INC., BURLINGTON | ) | |
| CENTERS, LLC, and | ) | |
| DIVISIONS, INC., | ) | |
| *Defendants*. | ) | |

**NOTICE OF TAKING AUDIO VISUAL DEPOSITION OF**
**GREGORY MICHON**

To:    Stephen J. LaMonica, BBO #696276
        Nora A. Adukonis, BBO #676932
        Litchfield Cavo, LLP
        6 Kimball Lane – Suite 200
        Lynnfield, MA 01940
        617-309-1500
        **lamonica@litchfieldvaco.com**
        **adukonis@litchfieldvaco.com**

    ***PLEASE TAKE NOTICE*** that, pursuant to, and in accordance with, Rules 26 and 30 of

the Massachusetts Rules of Civil Procedure, the Plaintiff will take the audio-visual deposition upon

oral examination of Gregory Michon on **Wednesday, May 7, 2025,** commencing at **2:00 P.M.**

The oral examination will continue from day to day until it is completed.  You are invited to attend

and cross examine.

    The deposition(s) will be conducted **VIA VIDEOCONFERNCE (link to be provided via**

**email no later than 24 hours prior to deposition**). All counsel, the deponent, and stenographer

will appear by and through Remote Legal's video-teleconferencing software. The deposition will

be recorded by audio-visual means by the Remote Legal Stenographer in accordance with Rule

30(b)(3). Please ensure that you arrive on time, appear in a quiet and private place, and have adequate internet access for the duration of the deposition.

The deposition(s) shall continue from day to day until completed.  You are invited to attend and cross-examine.

Respectfully submitted,
Plaintiff, MARA SILVIA,
By her Attorney,

/s/ *Sean C. Joanis*
_____
Sean C. Joanis, Esq., BBO#: 653582
JASON STONE INJURY LAWYERS
225 Friend Street, Suite 301
Boston, MA 02114
(617) 523-4357
SCJ@stoneinjury.com

Dated: April 11, 2025

## CERTIFICATE OF SERVICE

I, Sean C. Joanis, counsel for the Plaintiff, hereby certify that on this 11th day of April 2025, I have served the foregoing documents upon all other counsel of record as set forth *via* e-mail as follows:

1. Plaintiff's Audio-Visual Deposition Notice to Gregory Michon; and
2. Certificate of Service.

Stephen J. LaMonica, BBO #696276
Nora A. Adukonis, BBO #676932
Litchfield Cavo, LLP
6 Kimball Lane – Suite 200
Lynnfield, MA 01940
617-309-1500
**lamonica@litchfieldvaco.com**
**adukonis@litchfieldvaco.com**

Thomas V. DiGangi, Esq.
Coughlin Betke, LLP
175 Federal Street
Boston, MA 02110
617-988-8050
**tdigangi@coughlinbetke.com**

/s/ *Sean C. Joanis*
Sean C. Joanis, Esq.